UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TREANOR, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MICRON TECHNOLOGY INC., et al.,<br><br>  Defendants. | Case No. 18-cv-03805-JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR ADMISSION PRO HAC VICE**<br><br>Re: Dkt. No. 73 |

Attorney David P. McLafferty's petition to appear pro hac vice is HEREBY DENIED WITHOUT PREJUDICE. Ms. McLafferty's application does not name local counsel or identify contact information for the same.

**IT IS SO ORDERED.**

Dated: February 21, 2020

JEFFREY S. WHITE
United States District Judge