UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDON ACCESS MEMORY (DRAM) DIRECT PURCHASER LITIGATION | Case No.  4:18-cv-03805-JSW-KAW<br><br>**JUDGMENT** |

For the reasons set forth in the Order granting Defendants' motion to dismiss, the Court HEREBY enters judgment for Defendants and against Plaintiffs.

 IT IS SO ORDERED.

Dated:  September 3, 2021

_____
JEFFREY S. WHITE
United States District Judge