| | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JUN 29 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: DYNAMIC RANDOM ACCESS MEMORY (DRAM) DIRECT PURCHASER ANTITRUST LITIGATION.<br>_____<br><br>JOHN TREANOR; ONSHORE NETWORKS OF ILLINOIS, L.L.C., DBA onShore Networks, L.L.C., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>MICRON TECHNOLOGY INC.; et al.,<br><br>        Defendants-Appellees. | No.   21-16641<br><br>D.C. No. 4:18-cv-03805-JSW<br>Northern District of California, Oakland<br><br>ORDER |

The joint motion to lift the stay of proceedings and to voluntarily dismiss this appeal (Docket Entry No. 12) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

AC/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7